IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREG DUNIGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-CV-1214-NJR-DGW |
| | ) |
| MELISSA COFFEY and | ) |
| ANGELA GROTT, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Plaintiff Greg Dunigan filed this *pro se* lawsuit pursuant to 42 U.S.C. § 1983 against various prison officials for violating his constitutional rights while he was an inmate of the Illinois Department of Corrections housed at Menard Correctional Center (Doc. 1).[1] Dunigan was permitted to proceed on one limited claim that Defendants Melissa Coffey and Angela Grott retaliated against him by withholding legal documents and bringing false disciplinary charges against him (Doc. 16). The case is currently before the Court on a Report and Recommendation entered by Magistrate Judge Donald G. Wilkerson on August 24, 2018 (Doc. 39).

In the Report and Recommendation, Magistrate Judge Wilkerson recommends granting Defendants' motion to dismiss for lack of prosecution (Doc. 34). In a nutshell, Dunigan has failed to inform the Court and Defendants of his current address in a timely manner and failed to appear at a noticed deposition. He also failed to respond to

---
[1] Dunigan was released from prison shortly after he filed this lawsuit (*see* Doc. 8).

Defendants' motion to dismiss despite a warning from the Court that his case would be dismissed if he did not respond (Doc. 38). Finally, Dunigan did not file an objection by the deadline to Magistrate Judge Wilkerson's recommendation that this case be dismissed with prejudice for failure to prosecute (Doc. 39).

Because no party has filed an objection, the undersigned need not undertake *de novo* review. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*.") (emphasis added). *See also Thomas v. Arn*, 474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

The undersigned accordingly **ADOPTS** in its entirety Magistrate Judge Wilkerson's Report and Recommendation (Doc. 39). The Motion to Dismiss for Lack of Prosecution (Doc. 34) is **GRANTED**. This action is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: September 17, 2018

*[signature]*
_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**